

# Fourth Court of Appeals
## San Antonio, Texas

June 21, 2018

No. 04-18-00408-CR

**IN RE** Derek M. **BAILEY**

Original Mandamus Proceeding[1]

### ORDER

Sitting: Sandee Bryan Marion, Chief Justice
      Karen Angelini, Justice
      Marialyn Barnard, Justice
      Rebeca C. Martinez, Justice
      Patricia O. Alvarez, Justice
      Luz Elena D. Chapa, Justice
      Irene Rios, Justice

On July 9, 2018, relator filed a letter requesting en banc reconsideration of our June 27, 2018 denial of his petition for writ of mandamus. After considering the motion, relator's motion is hereby DENIED.

It is so ORDERED on this 11th day of July, 2018.

PER CURIAM

ATTESTED TO: _____
KEITH E. HOTTLE,
Clerk of Court

---

[1] This proceeding arises out of Cause No. 94-0857-CR, styled *The State of Texas v. Derek M. Bailey*, pending in the 25th Judicial District Court, Guadalupe County, Texas, the Honorable William Old presiding.